IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY SANTE BOTHWELL, JR.                                              PLAINTIFF

v.                            Case No. 4:24-cv-4132

SHERIFF JEFF BLACK;
JAIL ADMINISTRATOR RAMI COX;
JESSICA WISE; and JENNA A.                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 4, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Comstock recommends that this case be dismissed without prejudice for failure to comply with the Court's orders to file an amended complaint and to communicate with the Court.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge